AO91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN  DISTRICT OF  MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>RICHARD DALE CAMPBELL<br>[DOB: XX/XX/1964] | **CRIMINAL COMPLAINT**<br><br>Case Number: 05-2096JCE-01 |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  February 11, 2005  in  Greene  County, in the  Western  District of (Date)  Missouri  defendant(s) did,

*(Track Statutory Language of Offense)*

See Attachment A

in violation of Title  18  United States Code, Section(s)  2113(a) and (d) .
I further state that I am a(n)  Special Agent with the FBI  and that this complaint is based on the
Official Title
following facts:

See Attachment B

Continued on the attached sheet and made a part of this complaint:  X Yes  **G** No

/s/ David D. Burlew
Signature of Complainant

David D. Burlew, FBI Special Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 11, 2005  at  Springfield, Missouri
Date  City and State

James C. England, United States Magistrate Judge  /s/ James C. England
Name and Title of Judicial Officer  Signature of Judicial Officer