IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff(s), | ) | Date: March 13, 2006 |
| | ) | |
| vs. | ) | Case No. 05-03037-01-CR-S-DW |
| | ) | |
| RICHARD DALE CAMPBELL, | ) | |
| | ) | |
| Defendant(s). | ) | |

**MINUTE SHEET**

HON. DEAN WHIPPLE, PRESIDING AT SPRINGFIELD, MISSOURI

NATURE OF HEARING: Sentencing

TIME COMMENCED: 8:30 a.m.    TIME TERMINATED: 9:00 a.m.

APPEARANCES

For Plaintiff(s):    For Defendant(s):
Doug Bunch, AUSA    Michelle Nahon, AFPD

| Remarks: | Witness Testifying |
|---|---|
| Parties appear in person and with counsel as indicated. Dft's objections to PSI are overruled. Dft accorded allocution. SENTENCE: Dft committed to custody of BOP for 220 mos on each of Cts 1s, 2s and 4s all to run concurrently followed by 5 years supervised release on each count to run concurrently; $300.00 MPA; no fine imposed restitution of $13,543.43 due immediately ($11,048.93 jointly and severally with co-dfts). Spec Cond Super Rel: pay restitution during first 54 months of release; not incur new credit charges; successfully participate in substance abuse counseling program; successfully participate in mental health counseling program; submit to reasonable search; not consume or possess alcoholic beverages; and not possess toy pistol of any kind. Court recommends 500 hour program. Dft advised of right to appeal and remanded to custody. Upon gov't motion, Court dismisses Ct 1 of original Indictment. | |

Court Reporter: Denna Lampken    Deputy Clerk: Glenda Elayer