# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MISSOURI
### SPRINGFIELD DIVISION

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| v. | |
| **RICHARD DALE CAMPBELL** | Case Number: **6:05-CR-03037-BP(1)** |
| | USM Number: **17656-045** |
| | **Brian David Risley, FPD** |
| | Defendant's Attorney |

**THE DEFENDANT:**

| ☐ admitted guilt to violation of condition(s) | Mandatory of the term of supervision. |
|---|---|
| ☒ was found in violation of condition(s) | after his guilty plea in 24-03014-01-CR-S-BP. |

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** |
|---|---|
| **Mandatory** | **"The defendant shall not commit another federal, state, or local crime."** |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) condition.    and is discharged as to such violation(s)

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 4469

Defendant's Year of Birth: 1964

City and State of Defendant's Residence:

Springfield, Missouri

**October 1, 2025**
Date of Imposition of Judgment

/s/ Beth Phillips
Signature of Judge

**BETH PHILLIPS, UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**October 1, 2025**
Date

DEFENDANT: RICHARD DALE CAMPBELL
CASE NUMBER: 6:05-CR-03037-BP(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
**twenty four (24) months as to count 1. The sentence to be served consecutively to the sentence imposed in the Western District of Missouri, Case No. 24-03014-01-CR-S-BP.**

**No term of supervised release is ordered to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons: Upon defendant's request, the Court recommends defendant be designated to Terre Haute FCC to be near family.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____  ☐ a.m.  ☐ p.m.  on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL